**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:          Virginia Sosa v. Auto Club Indemnity Co.

Appellate case numbers:    01-21-00312-CV

Trial court case number:     1161202

Trial court:                          County Civil Court at Law No. 3 of Harris County


        Appellant Virginia Sosa has filed a combined motion for rehearing and for en banc reconsideration. It is ordered that the motion for rehearing is **denied**.


Judge's signature:    /s/  April L. Farris
                                Acting for the Court

Panel consists of: Justices Landau, Guerra, and Farris.


Date:  December 15, 2022